UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-cr-173-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| BRETT COMBS, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge on Defendant's Motion to Clarify Record Regarding Identification of Brett Combs During the September 28, 2010, Evidentiary Hearing (#30).

The Court having reviewed the Motion (#30) and the Government's Response (#31) finds that the record is clear and no clarification is required. Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Clarify Record Regarding Identification of Brett Combs During the September 28, 2010, Evidentiary Hearing (#30) is **DENIED**.

DATED this 13th  day of October, 2010.


ROBERT J. JOHNSTON
United States Magistrate Judge