UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:10-cr-173-KJD--RJJ |
| vs. ) | |
| BRETT COMBS, ) | <u>O R D E R</u> |
| Defendant, ) | |

This matter is before the Court on a letter from Defendant Brett Combs received February 15, 2011.

The Court having reviewed the Letter finds that Defendant Brett Combs is represented by Assistant Federal Public Defender Monique N. Kirtley. The Court further finds that Defendant Comb's Letter is considered ex parte communication. Defendant Combs is advised that ex parte communication with the court is not allowed. Therefore, no action will be taken by the Court on said Letter except as detailed below. Good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk shall file under seal the letter from Defendant Brett Combs received February 15, 2011.

IT IS FURTHER ORDERED that a copy of said sealed Letter shall be forwarded to Defendant Brett Combs' attorney of record for any action as she may deem appropriate. Defendant's counsel shall forthwith provide Defendant Combs with a copy of this Order.

DATED this __23d__ day of February, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge