# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

BRETT COMBS,

 Defendant.

Case No. 2:10-CR-0173-KJD-RJJ

**ORDER**

 Currently before the Court is Defendant's Motion to Suppress (#20). The Government filed a Response in Opposition (#22), no reply was filed. On September 28, 2010, Magistrate Judge Robert J. Johnston held an Evidentiary Hearing on the Motion (see #27), and on December 23, 2010, issued a Report and Recommendation (#40), recommending that the Court deny the Defendant's Motion. Subsequently, Defendant and his counsel both filed Objections (##44, 46), to the Magistrate Judge's Report and Recommendation, to which the Government filed a Response (#50).

 The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Report and Recommendation of Magistrate Judge Robert J. Johnston entered on December 23, 2010, should be adopted and affirmed in whole.

 **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (#40) entered December 23, 2010, is **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress (#20) is **DENIED**.

 DATED this 10th day of March 2011.

_____
Kent J. Dawson
United States District Judge