UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    PLAINTIFF,<br>VS.<br>BRETT COMBS<br><br>    DEFENDANT, | 2:10-CR-173-KJD-RJJ<br><br>MINUTES OF THE COURT<br>DATED:  April 25, 2011 |

PRESENT:
THE HONORABLE **KENT J. DAWSON,** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: PEGGIE VANNOZZI         COURT REPORTER:        FELICIA ZABIN

PRESENT FOR PLAINTIFF:        CRISTINA SILVA AND ERIC JOHNSON

PRESENT FOR DEFENDANT:        MONIQUE KIRTLEY AND RAMON ACOSTA

JURY TRIAL - DAY 1

   Proceedings begin at 9:07 A.M.  Defendant is present, in custody.  Also present in the courtroom for Defendant: Paralegal Karen Myer and Law Clerk     Hawk.

   The Court denies the following motions: Defendant's Motion in Limine to Exclude Government's Expert Wtness (#73), Defendant's Motion in Limine to Exclude any Evidence of Combs' Prior Crimes or Bad Acts (#80), Defendant's Motion in Limine (#81), Defendant's Motion in Limine to Exclude in Court Identification by any out of State Witnesses (#82) and Defendant's Motion in Limine to Suppress Suggestive Pretrial Identification (#83). Defendant's Motion for Discovery (#78) is denied as moot.

   Ms. Silva advises the Court that the Government will not be proceeding on the Walther PPK handgun.

   58 prospective jurors come enter the courtroom at 9:287 AM.  Voir Dire begins.  The Court thanks and excuses certain proposed jurors who have not been called.

   The proposed jury exits at 10:55 A.M., during which time counsel exercise peremptory challenges, off the record.

   Proceedings reconvene at 11:45 AM.  All proposed jurors are present.  A 14 person jury is seated and sworn. All remaining proposed jurors are thanked and excused.

   Ms. Silva presents the Government's opening statement.  Mr. Acosta presents Defendant's opening statement.

   Proceedings recess from 12: 12 PM to 1:40 PM.  The defendant is present.  The jury is present.

   **Mark Gregory** is sworn to testify as a witness for the Government.  Mr. Johnson and Ms. Kirtley examine the witness.  The witness is excused.

USA vs. Brett Combs
2:10-cr-173-KJD-RJJ
April 25, 2011
page two

**Adriana Lindquist** is sworn to testify as a witness for the Government. Ms. Silva and Ms. Kirtley examine the witness.

**Jason Buratczek** is sworn to testify as a witness for the Government. Mr. Johnson examines the witness. Government's exhibits 2a is marked and admitted. Government's exhibits 2b, 2c, 2d, and 2e are marked. Mr. Acosta and Mr. Johnson examine the witness. The witness is excused.

Proceedings recess from 2:57 PM to 3:20 PM. The jury is present. Defendant is present.

**Joan Arnbrister** is sworn to testify as a witness for the Government. Ms. Silva examines the witness. Government's exhibit 9 is marked and admitted. Government's exhibits 5 and 6 are marked. Mr. Acosta examines the witness. The witness is excused.

**Justin Zinger** is sworn to testify as a witness for the Government. Ms. Silva examines the witness. Government's exhibits 4a, 4b, 4c, 2b, 2c, 2d, 2e, 3, 16, 8c, 8j, 8k, 8a, 8d, 8c, 8f, 8g, 8h, 8i, 5, 6, 1 and 8b are marked and admitted. Ms. Kirtley and Ms. Silva examine the witness. The witness is excused.

IT IS ORDERED that the jury trial is continued to Tuesday, April 26, 2011 at 9:00 AM.

Proceedings recess at 4:42 PM.

                                           **LANCE S. WILSON, CLERK**
                                           **U.S. DISTRICT COURT**

                                           /s/ Peggie Vannozzi
                                           Deputy Clerk