1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-173-KJD (RJJ) |
| | ) | |
| BRETT COMBS, | ) | |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on April 27, 2011, defendant BRETT COMBS was found guilty on

Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm,

in violation of Title 18, United States Code, Section 922(g)(1). Docket #1, #98.

The Jury found, pursuant to Fed. R. Crim. P. 32.2(b)(1) (2), and (5), the United States of

America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

Criminal Indictment and the offense to which defendant BRETT COMBS pled guilty. #98.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

924(d)(1); and Title 28, United States Code, Section 2461(c):

(a) a Smith and Wesson .40 caliber handgun, serial # PBU6042; and

(b) a Ruger Mini14 .223 caliber rifle, serial #188-20712.

This Court finds the United States of America is now entitled to, and should, reduce the

aforementioned property to the possession of the United States of America.

1    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

2  United States of America should seize the aforementioned property.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

4  BRETT COMBS in the aforementioned property is forfeited and is vested in the United States of

5  America and shall be safely held by the United States of America until further order of the Court.

6    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

7  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

8  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

9  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

10  the name and contact information for the government attorney to be served with the petition,

11  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

12    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

13  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

14    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

15  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

16  following address at the time of filing:

17      DANIEL D. HOLLINGSWORTH
        Assistant United States Attorney
18      MICHAEL A. HUMPHREYS
        Assistant United States Attorney
19      Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
20      Las Vegas, Nevada 89101.

21    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

22  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

23  . . .

24  . . .

25  . . .

26  . . .

1   following publication of notice of seizure and intent to administratively forfeit the above-described

2   property.

3               DATED this ___4___ day of ___May_____, 2011.

6               UNITED STATES DISTRICT JUDGE

1

2
PROOF OF SERVICE

I, **Person**, **Title**, certify that the following individuals were served with copies of the Preliminary
3

Order of Forfeiture on **DATE**, 2010 by the below identified method of service:
4

Electronic Filing
5
**[INSERT NAME AND ADDRESS OF OPPOSING COUNSEL]**
Counsel for **[DEFENDANT NAME]**
6

**[IF DEFENDANT IS NOT REPRESENTED BY COUNSEL, OR IF OPPOSING**
7
**COUNSEL DOES NOT HAVE AN EMAIL ADDRESS INCLUDED IN PACER, THEN**
**SERVE BY FIRST CLASS MAIL.]**
8

9
First Class Mail

10
**[INSERT NAME AND ADDRESS OF OPPOSING COUNSEL]**
Counsel for **[INSERT DEFENDANT NAME]**
11

12

/s/
13
Person
Title
14

15

16

17

18

19

20

21

22

23

24

25

26