**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:10-cr-173-KJD-RJJ |
| BRETT COMBS, | ) | |
| Defendant. | ) | ORDER |

The Court having granted Monique N. Kirtley, Assistant Public Defender's, "Motion to Withdraw as Counsel and Appointment of CJA Panel Attorney" (#107) on June 22, 2011, and good cause appearing,

**IT IS HEREBY ORDERED** that Thomas A. Ericsson, Esq. is appointed as counsel for Brett Combs in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Ericsson forthwith.

DATED this 27 day of June, 2011.

Nunc Pro Tunc: June 24, 2011.

_____
Kent J. Dawson
UNITED STATES DISTRICT JUDGE