UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
        Plaintiff,  )
                              )   **Case No. 2:10-cr-173-KJD-RJJ**
  vs.                          )
                              )        <u>O R D E R</u>
BRETT COMBS,              )
        Defendant.     )

On January 19, 2012, this Court received a request from Felicia Zabin, Court Reporter, for a transcript proceeding regarding: **Motion Hearing**, held on October 5, 2011, to include the **sealed** Motion to Withdraw Counsel of Record.

    IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by **Saraliene S. Durrett, Esq.** The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. §753(b), until further order of this Court.

    IT IS FURTHER ORDERED that Felicia Zabin, Court Reporter, shall not disclose the contents of the transcript of the **sealed** proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

DATED this 23rd day of Jan., 2012.

_____
KENT J. DAWSON
United States District Judge