UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-CR-173-KJD-RJJ |
| v. | **ORDER** |
| BRETT COMBS, | |
| Defendant. | |

Before the Court is the Government's Motion to Waive Attorney-Client Privilege and Ordering Response from Comb's Former Counsel, Monique Kirtley (#186). Also before the Court is the Government's Motion to Continue Response Date Until Former Counsel Provides Information Requested in Motion to Waive Attorney-Client Privilege (#187).

Defendants waive their attorney-client privilege as to a given subject by alleging ineffective assistance counsel as to that subject. See United States v. Ortland, 109 F.3d 539, 543 (9th Cir. 1997). Defendant has filed a Motion to Vacate under 28 U.S.C. § 2255 (#170). Among the allegations are ineffective assistance of his counsel, Monique Kirtley. Accordingly, Defendant has waived attorney-client privilege as to his ineffective assistance of counsel claims.

Accordingly, **IT IS HEREBY ORDERED** that the Government's Motion to Waive Attorney-Client Privilege and Ordering Response from Comb's Former Counsel, Monique Kirtley

(#186) is **GRANTED** as to all information relating to Defendant's ineffective assistance of counsel claims. **IT IS FURTHER ORDERED** that Defendant's former Attorney, Monique Kirtley, provide the Government and file with the Court an affidavit addressing Defendant's ineffective assistance of counsel claims within 30 days of the entry of this Order.

**IT IS FURTHER ORDERED** that, upon review of the motion and good cause appearing, the Government's Motion to Continue Response Date Until Former Counsel Provides Information Requested in Motion to Waive Attorney-Client Privilege (#187) is **GRANTED**. The Government's response is due within 30 days of the filing of Monique Kirtley's affidavit.

DATED this 31st day of October 2013.

_____
Kent J. Dawson
United States District Judge