# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-173-KJD-RJJ |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| BRETT COMBS, | |
| Defendant. | |

Before the Court is Defendant's Motion to Amend his prior Motion to Vacate under 28 U.S.C. § 2255 (#192). The Government opposed the motion (#194), and Defendant replied (#198). Defendant's Motion is based on a claim of ineffective assistance of counsel for failing to address the destroyed parole file in this case. For the reasons already addressed in this Court's prior Order (#180), including the fact that Defendant's counsel *did* address this issue at length (#152), Defendant's Motion (#192) is **HEREBY DENIED**.

DATED this 16th day of May 2014.

_____
Kent J. Dawson
United States District Judge