# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>         Plaintiff-Appellee,<br>vs.<br><br>Brett Combs<br><br>         Defendant-Appellant. | District No.  2:10-cr-00173-KJD-RJJ<br><br>U.S.C.A. No.  14-10279 |

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on  8/12/2015 , issued its judgment VACATING and REMANDING the judgment of the District Court, and the Court being fully advised in the premises,  NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

IT IS FURTHER ORDERED_____

_____

_____.

Dated this  19  day of  October, 2015 ,

_____
Kent J. Dawson
United States District Judge