STEVE W. MYHRE
Acting United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-5087
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-00173-KJD-RJJ |
| Plaintiff, | STIPULATION TO CONTINUE THE RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM (Doc. #264) |
| vs. | |
| BRETT COMBS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVE W. MYHRE, Acting United States Attorney, and Cristina D. Silva, Assistant United States Attorney, counsel for the United States of America, and Joel Mann, Esq., counsel for defendant BRETT COMBS, that the Government's response to Defendant's Sentencing Memorandum, in the above-captioned matter. The Government's response is currently due April 6, 2017.  The United States seek a brief extension, that is modifying the due date to April 10, 2017.

This Stipulation is entered into for the following reasons:

1. Counsel for the Government, AUSA Cristina D. Silva has been diligently

working to complete the response, however, was unable to finalized the response due to two back-to-back suppression hearings in *United States v. Mendoza* and *Untied States v. Dittiro,* where were held on April 5 and 6, 2017 respectively. Further, AUSA Silva was out of the District on Monday, April 3, 2017.

2.  Counsel for the Government made contact with defendant's counsel who kindly advised he did not object to a brief continuance.

3.  The defendant is in custody but does not object to a brief continuance of the response deadline.

4.  The additional time requested herein is not sought for purposes of delay, but to allow for counsel for the Government to be available to file the response, taking into account due diligence.

5.  This is the <u>first</u> request to extend the response deadline.

DATED this 6th day of April, 2017.

                                                      DANIEL G. BOGDEN
                                                    United States Attorney

//s//                                      //s//

JOEL MANN, ESQ.                    CRISTINA D. SILVA
Counsel for Defendant -            Assistant United States Attorney
Brett Combs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRETT COMBS,<br><br>　　　　　Defendant. | 2:10-cr-00173-KJD-RJJ<br><br>STIPULATION TO CONTINUE THE RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM (Doc. #264) |

　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

　　　1.　Counsel for the Government, AUSA Cristina D. Silva has been diligently working to complete the response, however, was unable to finalized the response due to two back-to-back suppression hearings in *United States v. Mendoza* and *Untied States v. Dittiro,* where were held on April 5 and 6, 2017 respectively. Further, AUSA Silva was out of the District on Monday, April 3, 2017.

　　　2.　Counsel for the Government made contact with defendant's counsel who kindly advised he did not object to a brief continuance.

　　　3.　The defendant is in custody but does not object to a brief continuance of the response deadline.

　　　4.　The additional time requested herein is not sought for purposes of delay, but to allow for counsel for the Government to be available to file the response, taking into account due diligence.

5. This is the <u>first</u> request to extend the response deadline.

Based on the foregoing stipulation of counsel the Court hereby ORDERS that the deadline for the Government to respond to defendant's sentencing memorandum (Doc. #264) is hereby reset to <u>April 10, 2017</u>.

Dated this <u>7th</u> April, 2017.

_____
THE HONORABLE KENT J. DAWSON
United States District Court Judge