FILED
ENTERED
                    RECEIVED
           COUNSEL/PARTIES SERVED ON
                           OF RECORD
MAY 2 4 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-173-KJD-(RJJ) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| BRETT COMBS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) based upon the jury verdict finding defendant Brett Combs guilty of the criminal offense, forfeiting specific property set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Brett Combs was found guilty. Criminal Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 97; Verdict Form, ECF No. 98; Amended Preliminary Order of Forfeiture, ECF No. 113.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 15, 2011, through August 13, 2011, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 120.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Smith and Wesson .40 caliber handgun, serial #PBU6042;
2. a Ruger Mini14 .223 caliber rifle, serial #188-20712;
3. a Walther PPK, .380 caliber firearm, serial #006011; and
4. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 24th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE