RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Brett Combs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BRETT COMBS,<br><br>　　　　　Defendant. | Case No. 2:10-cr-00173-KJD-RJJ<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Brett Combs, that the Revocation Hearing currently scheduled on September 12, 2023 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than six (6) months.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　　The supervised release petition in this case alleges a new violation which is pending in the District of Utah. The alleged new law violation is the subject of the pending new federal case.

2. In February 2023, Mr. Combs' federal public defender was released from the case, and CJA Panel attorney Mr. Lamar Winward was appointed to represent Mr. Combs. A few weeks later, Mr. Winward was released from representing Mr. Combs, and Ryan Stout was appointed as new CJA attorney.

3. As of August 2023, Mr. Combs hired new private counsel. Spencer Young filed a notice of appearance for the limited purpose to serve as local counsel for Kimuel Lee, a Louisiana attorney who has been admitted pro hac vice to represent Mr. Combs. Mr. Lee filed a continuance for 90 days to receive discovery, retain experts, review legal research, and file appropriate motions. The Court granted the motion and continued the trial date to December 12, 2023.

4. The parties in this case need additional time to see the resolution of the case in Utah as it is alleged as a new law violation in the petition in this case.

5. The defendant is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 11th day of September, 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

  /s/ Aden Kebede                                  /s/ Joshua Brister
By_____         By_____
ADEN KEBEDE                                       JOSHUA BRISTER
Assistant Federal Public Defender      Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRETT COMBS,<br><br>　　　　Defendant. | Case No. 2:10-CR-00173-KJD-RJJ-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, September 12, 2023 at 9:30 a.m., be vacated and continued to April 2, 2024 at the hour of 9:30 a.m. in courtroom 4A.

　　DATED this 11th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE