**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRETT COMBS,<br><br>　　　　　Defendant. | Case No. 2:10-CR-00173-KJD-RJJ-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 10, 2026 at 10:00 a.m., be vacated and continued to September 8, 2026 at the hour of 10:00 a.m. in courtroom 4A.

DATED this 9th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3